774

## Kamens, Appellant, v. A. & P. Tea Company.

Argued December 15, 1967. *Herbert H. Hadra,* with him *Maurice Freedman* and *Robert H. Arronson,* for appellant; *Otis W. Erisman,* with him *William R. Solvibile, Frank F. Truscott,* and *Truscott and Erisman,* for appellee.

Order affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Kent Unemployment Compensation Case.

Argued December 13, 1967. *Catherine C. Kent,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Kiss v. Cantley & Co., Inc. et al., Appellants.

Argued December 12, 1967. *Roger B. Wood,* with him *Joseph R. Thompson,* for appellants; *Charles F. Quinn,* with him *Sheer & Mazzocone,* for appellee.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.